**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff–Appellee,**

v.

**RPH MANAGEMENT, INC., d.b.a.
McDonald's, Defendant–
Appellant.**

**No. 05–15457.**

United States Court of Appeals,
Eleventh Circuit.

May 22, 2006.

Justin Anthony Barkley, Heather Fisher Lindsay, Charles A. Powell, III, Johnston, Barton, Proctor & Powell LLP, Birmingham, AL, for Defendant–Appellant.

Paul D. Ramshaw, Washington, DC, for Plaintiff–Appellee.

Before HULL and WILSON, Circuit Judges, and DUPLANTIER,\* District Judge.

of Louisiana, sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the magistrate judge's order dated September 2, 2005.

AFFIRMED.